UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JODY CARR,<br><br>                Plaintiff,<br><br>vs.<br><br>JEFF ZMUDA; SHANNON CLUNEY; NICOLE FRASIER; WARDEN RANDY BLADES; D.W. CHRISTENSEN; LT. HRANAC; and SGT. NICODEMUS,<br><br>                Defendants. | Case No. 1:17-CV-00167-CWD<br><br>**ORDER OF REASSIGNMENT** |

This prisoner case was initially screened by the Magistrate Court, pursuant to the Court's then-standing general order assigning all prisoners cases to the Magistrate Court. *See* 28 U.S.C. § 1915. After screening, the United States Court of Appeals for the Ninth Circuit issued *Williams v. King*, 875 F.3d 500 (9th Cir. 2017), which held that the consent of all named parties is required before a Magistrate Judge can enter a screening order dismissing any parties or claims or any other order of finality. Because not all named parties had consented to the jurisdiction of a United States Magistrate Judge at the time of screening, **IT IS ORDERED** that the Clerk of Court shall reassign this case in its entirety to a United States District Judge for de novo review.

**ORDER OF REASSIGNMENT - 1**



DATED: June 12, 2018

_____
Honorable Candy W. Dale
United States Magistrate Judge

**ORDER OF REASSIGNMENT - 2**